# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **HOPEWELL CULTURE & DESIGN LLC,** <br><br> Plaintiff, <br><br> V. <br><br> **BARNES & NOBLE, INC.,** <br><br> Defendant. | **CASE NO. 2:12-CV-691** <br><br> **JURY TRIAL DEMANDED** |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Hopewell Culture & Design LLC and Defendant Barnes & Noble, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "PATENT LICENSE AND SETTLEMENT AGREEMENT" and dated March 18, 2013, with each party to bear its own costs, expenses and attorneys' fees.

Dated: March 20, 2013

Respectfully submitted,

By: */s/ Austin Hansley*
**AUSTIN HANSLEY P.L.L.C.**
Austin Hansley
Texas Bar No.: 24073081
5050 Quorum Dr. Suite 700
Dallas, Texas 75254
Telephone:   (469) 587-9776
Facsimile:    (855) 347-6329
Email: Austin@TheTexasLawOffice.com
www.TheTexasLawOffice.com
**ATTORNEY FOR PLAINTIFF**
**HOPEWELL CULTURE & DESIGN, LLC**

By: */s/* Neil J. McNabnay
**FISH & RICHARDSON P.C.**
Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Telecopy)

**ATTORNEYS FOR DEFENDANT
BARNES & NOBLE INC.**